## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

RYAN AVENARIUS and RODNEY E.
JAEGER, on behalf of themselves and all others
similarly situated,

          Plaintiffs,

    vs.

EATON CORPORATION, DAIMLER TRUCKS
NORTH AMERICA LLC, FREIGHTLINER
LLC, NAVISTAR INTERNATIONAL CORP.,
INTERNATIONAL TRUCK AND ENGINE
CORP., PACCAR INC., KENWORTH TRUCK
CO., PETERBILT MOTORS CO., VOLVO
TRUCKS NORTH AMERICA, and MACK
TRUCKS, INC.

       Defendants.

Case No. 10-cv-02539-EFM-JPO

## ORDER GRANTING DEFENDANTS' ASSENTED TO MOTION TO TRANSFER AND FOR EXTENSION OF TIME

NOW, on this 4th day of January, 2011, by agreement of the parties and for good cause shown, it is ordered that Defendants' "Assented to Motion to Transfer and for Extension of Time" (Doc. 15) is hereby GRANTED.  This action is transferred to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1404, and the time for Defendants to respond to the Complaint is extended up to and including February 7, 2011 (Doc. 16).

**IT IS SO ORDERED**.

Dated this 4th day of January, 2011, at Wichita, Kansas.

*Eric F. Melgren*

ERIC F. MELGREN
U.S. DISTRICT COURT JUDGE

Prepared and submitted by:

SHOOK, HARDY & BACON L.L.P.


By:    /s/ Laurie A. Novion
        Laurie A. Novion, KS #19406
        Zach Chaffee-McClure, KS #23479

2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Telephone:  816.474.6550
Facsimile:  816.421.5547

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on this 28th day of December, 2010, I electronically mailed the foregoing proposed order to the following attorneys of record:

Rex A. Sharp
Barbara C. Frankland
Gunderson, Sharp & Walke, LLP
5301 W. 75th Street
Prairie Village, KS 66208
rsharp@midwest-law.com
bfrankland@midwest-law.com

Brian P. Murray
Lee Albert
Benjamin D. Bianco
Murray, Frank & Sailer, LLP
275 Madison Avenue, Suite 801
New York, NY 10016


SHOOK, HARDY & BACON L.L.P.

By:   /s/ Laurie A. Novion
        Laurie A. Novion, KS #19406
        Zach Chaffee-McClure, KS #23479

2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Telephone:  816.474.6550
Facsimile:  816.421.5547

ATTORNEY FOR DEFENDANTS